IN THE UNITED STATE DISTRICT FOR THE EASTERN

DISTRICT NEW YORK BROOKLYN DIVISION,

MICHAEL DEWAYNE CARTER,

PLAINTIFF,

VS,

CITY OF NEW YORK; a municipal entity, Police officer Darrell. Wallace (shield #1902), Police officer Abraham Hidalgo (shield #2004), Police officer Carol Petinaud, Sergeant Danielle Davis, Sergeant Wil Pellegrino, Sergeant James Hudall, Police Officers John Doe and Richard Roe (names and shield number are unknown at the present, and other unidentified members of the New York City Police Department and the New York Hospital Police Supervisor and Commanders Richard Roe's 1-50 of the New York City Police Department and the New York Hospital Police,

Defendants,

Comes now, Plaintiff Michael Dewayne Carter, Pursant guidelines of Fed.R.Civ. P 15 and move to file the resubmitted Amended Complaint with this honorable Court's directive city multiple applications of Federal Rules of Civil procedure 15(a) (b) (c) (2) and (d), First, the Plaintiff seek to Amended his complaint by adding defendants Kings County Hospital Center Brooklyn Division 2008, The Director 2008, Chief Executive Administration 2008, Deputy Director2008, Director of Kings County Hospital Center, Police Department and Security 2008, Two (2) Nurse African Descendant names unknown 2008, A African American New York City Policeman who took custody and place the plaintiff in Rikers Island on 2008,

The Plaintiff, Michael Dewayne Carter, pursuit Civil Actions Number 1:11 civ 04026 resubmitted Civil Complaint proffer:

I. JURISDICTION

This is a civil action authorized by 42 U.S.C. sec 1983, 1985 and 1988 to Redress the deprivation, under color of New York law of the Secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. sec 1343 3 and 4 and sec. 1331. The aforementioned statutory and Constitutional provision.

Plaintiff Carter proffer employ the invokes of this Court's Supplemental jurisdiction, pursuant to 28 U.S.C sec 1367, over any and all state law claims and cause of action

which deprive from the same nucleus of operative facts and are part of the same case of controversy that give rise to the federally based claim causes of action.

II VENUE

Venue is proper for the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. Sec. 1391 (a) (b) and (c) and sec 1402 (b) because the claims arose in this district.

III Parties

A. Plaintiff

Michael Dewayne Carter is and was at all times relevant herein a resident of the City of New York, and the State of New York.

1. Defendant City of New York (Defendant City) is a municipal corporation existing by virtue of the laws of the State New York. It is authorized by to maintain a police department and hospital police force, which acts as its agents in the area of law enforcement and for which it is ultimately responsible Defendant City assumes the risks incidental to the maintenance of a police force and the employment of police officers and offers as said risks attach to the public consumers of the service provide by the NYPD and NYHP.

2. Defendant Wallace is and was at all times relevant herein an officer employee and agent of the NYPD and/or NYHP. On August 29, 2008, in which he was involved in the false arrest of Plaintiff Carter, He was assigned to the 71st precinct He is being sued in his individual capacity.

3. Defendant Hidalgo is and was at all times relevant herein an officer, employee and agent of the NYPD and/or NYHP , On August 29,2008, in which he was involved in the false arrest of Plaintiff, he was assigned to the Kings county Hospital Command, He is being sued in his individual capacity.

4. Defendant AHMED is and was at all times relevant herein an officer, employee and agent of the NYPD and/or NYHP. August 29, 2008, in which he was involved in the falsely arrest of Plaintiff Carter he was assigned to the Kings County Hospital Command. He is being sued in his individual capacity.

5. Defendant Petinuad is and at all times relevant herein an officer, employee and agent of the NYPD. On August 29, 2008, in which she was involved in falsely arrest of Plaintiff Carter, she was assigned to the Kings County Hospital Command. She is being sued in her individual capacity.

6. Defendant Davis is and was at all times relevant herein an officer, employee , and agent of the NYPD and /or NYHP, On August 29,2008, in which she was involved in the false arrest of Plaintiff Carter, she was assigned to the Kings County Hospital Command, she is being sued in her individual capacity.

7. Defendant PelleGrino is and was at all times relevant herein an officer, employee, and agent of the NYPD and/or NYHP, On August 29,2008, in which he was involved in the falsely arrest of Plaintiff Carter, he was assigned to the 71st precinct, He is being sued in his individual capacity.

8. Defendant Hudak is and was at all times relevant herein an officer, employee and agent of the NYPD and/or NYHP, On August 29, 2008, in which he was involved in the false arrest of

Plaintiff Carter, he was assigned to the 71st Precinct. He is being sued in his individual capacity.

9. NEW YORK CITY POLICE Supervisor and Commanders Richard Roes 1-50 of the NYPD and NYH are being were at all times herein involved in the false arrest and malicious prosecution of plaintiff Carter, they are sued individually and in their official capacities for their participation in the false arrest and malicious prosecution of plaintiff Carter,

10. New York City Police Officers John Doe and Richards Roe (names and numbers of whom are unknown at present), and other unidentified members of the NYPD and NYHP, are and were at all times relevant herein officers, employees and agents of the NYPD and NYHP Officers John Doe and Richards Roe are being sued herein in their individual capacities.

11. Each and all of the acts of the defendants alleged herein were undertaken by said defendants while acting in the course and scope of their duties and functions as agents, employees and officers of Defendant City and/or the NYPD and/or NYHP when engaging in the conduct described herein.

12. At all times relevant herein defendants acted for an on behalf of defendant City and the NYPD and/or the NYHP in furtherance of their employment by defendant City with the power and authority invested in them as officers, agents and employees of the City and/or the NYPD and/or NYHP and or incidentally to the lawful pursuit of their duties as officers, employees and agents of the city and/or the NYPD and/or the HYHP. (and Amended Parties)

13. Kings County Hospital Center, Brooklyn Division 2008 (Defendant County) is a county seat existing by virtue of Psychology are and were at all times relevant herein as medical Physician of mental state, employee and agents of Kings County Hospital Center Brooklyn Division 2008, that spoke with the Plaintiff in an investigation as to the sexual assault and from a panel setting the Plaintiff wad that the hospital know he's innocent of the allege sexual assault. The questioning would revert to the murder of a female the plaintiff witness in Unit G. These individual are being sued in their individual capacity. the laws of the State of New York. It is authorized by law to maintain a police department and hospital force which act as its agents in the area law enforcement and which it is ultimately responsible. Defendant Kings County Hospital Center Division assumes the risks legal incident to the maintenance of a police and the employment of police officers and officers of medical care administration as said risks attach to the patient and public con

14. Administrator of Kings County Hospital Center Brooklyn Division 2008 is and was at all times relevant herein an overseer daily operation of the hospital employee and agent of the hospital on or about August 29,2008, in which he/she was involved in the investigation and allowing a false are Psychology are and were at all times relevant herein as medical Physician of mental state, employee and agents of Kings County Hospital Center Brooklyn Division 2008, that spoke with the Plaintiff in an investigation as to the sexual assault and from a panel setting the Plaintiff wad that the hospital know he's innocent of the allege sexual assault. The questioning would revert to the murder of a female the plaintiff witness in Unit G. These individual are being sued in their individual lyrist to occur of Plaintiff Michael Dewayne Carter, he/she was part of the group that sought to internally investigated then alleged sexual assault and found it to be false. He/she is being sued in his individual capacity.

15. Director of Kings County Hospital Center Brooklyn Division 2008, is and was at all times relevant herein an agent responsible of the hospital subordinate employee, operations, on or about August 29, 2008 in which he/she was involved in an investigation of sexual assault and allowing a false arrest to occur of Plaintiff Michael Dewayne Carter, he/she was part of the group that sought to internally investigate the alleged sexual assault and found of to be false. He/she is being sued in his/her individual, capacity.

16. Deputy Director of Kings County Hospital Center Brooklyn Division 2008

17. Chief Physician of Psychology and several Staff Psychology are and were at all times relevant herein as medical Physician of mental state, employee and agents of Kings County Hospital Center Brooklyn Division 2008, that spoke with the Plaintiff in an investigation as to the sexual assault and from a panel setting the Plaintiff was that the hospital know he's innocent of the allege sexual assault. The questioning would revert to the murder of a female the plaintiff witness in Unit G. These individual are being sued in their individual capacity.

The Administrator Director, Deputy, Director, Chief Physician of Psychology and several Psychology, these defendants acting on the behalf of Kings County Hospital Center, Brooklyn Division, 2008 are and were relevant acting under the color of law . . . conspire to deprive Plaintiff Carter of his constitutional rights to due, process and equal protection under 14th fourth, fifth, sixth and eighth Amendment "Personal involvement " by these defendant's investigation such as then issue that will be stated will support liability under section 1983 means direct participation failure to remedy the alleged wrong after learning of it, the plaintiff's innocence. The defendants fail to remedy alleged wrong after learning the plaintiff had been charged for each of them and all of them remain silent causing him physical and emotional harm.

18. Defendant An African American Officer is an and was relevant herein an officer, employee, and agent of the NYPD and/or NYHP took custody Plaintiff Carter, acting on behalf

[Defendant City of NYC] police department and has hospital police force the officer is to the then transfer of custody of Plaintiff Carter cause him to stand on the street for two and half ( 2 1/2) hours while talking to someone on the phone several times. finally place Him in Beacon Hill without arrangement according to the 72 hours specified by statutory provision the seizure by said officer cause then plaintiff physical injury and emotional injury where the plaintiff was sodomized on (2) occasion with an broom handle for raping a mentally -ill female a charge he was.

19. Two Nurse African descendant that fabricated the sexual assault charge to cover-up the murder and corruption in 2008,

where the two (2) Nurse attempted to rob a female patient in a day room in G-unit, where the nurse stuck the patient in the neck with a needle and the plaintiff witness the entire issue leading to the death of the patient in the day room where the group assemble to investigate question the plaintiff, telling him that there was no rape, Plaintiff Carter ask to talk to the police, on several occasion each time he ask to speak to the police he was returned to his invite On several occasion he had been moved to different units, however, the Nurse that stuck the patient was always on that unit asking questions about the incident on one occasion that Nurse and plaintiff Carter had a physical altercation because the Nurse tried to say the Plaintiff hadn't taken his medicine and attempted to give the plaintiff a shit and none of his medicine was given by a shot, the plaintiff had smack this nurse.

The Nurse is and was at all times relevant herein as an employee and co-conspirator to cover-up the corruption by fabricating the false sexual assault the family lawyer who had set-up an appointment could not find the Plaintiff to get the statement he need for a larger settlement. The two Nurses are being sued in their individual capacity where they conspired with Defendant City, City and County (NYC and Kings County) respectfully and administration etc. seizes and violate the plaintiff's Constitutional right.

20. Anthony Cecitti, ESQ, Counsel of record in the criminal case is and was at all the court, bring into question counsel Cecutti investigation of the circumstances of the case and his effort to explore all avenues leading to facts relevant to merits of the case and by implication, the ABA policies encompass two aspects of investigation: (1( the breadth of the investigation ( where counsel must research ); and (2) the depth of the investigation (how for counsel must research in any particular. On any particular area) In other words, the independent pre-trial investigation into mitigation evidence must be both (1). Complete and (2). thorough.

The areas of evidence missing that tend to lesson defendant Carter at the time reports from Kings County Hospital Center the actual time custody was exchange why signed the paper, a copy of the indictment or information who testified in front of the grand jury, the prosecutor that presented several plea offer during the twenty-nine months, without a reasonable investigation, defendant did not have a reasonable

understanding of the facts. and consequently had nothing to which to apply his legal skill and judgment.

Counsel's evaluation and advice amount to little more than an attempt to conspire with the state to make sure the plaintiff was not available to provide relevant mitigating evidence to circumstances pertaining to the offense of corruption and death of patient and a relevant range of factors about Kings County Hospital settled for 2.5 million dollars.

1 Center , Brooklyn Division 2008.

The medical records of the assaults in Beacon Hill and psycholoical reports after the assult. The information that the Plaintiff i.e. defendant at the time was place Beacon Hill Rikers Island without being arraigned with the hooes Plaintiff Carter would be murder. The record will show several lawyer sought to speak with the Plaintiff and offered help which Defendant Cecutti refused and when the murdered female patient's families Lawyer sought to speak with the Plaintiff and was denied by Defendant Cecutti shortly after that the family

individual are being sued in their individual capacity.

The Administrator Director, Deputy, Director, Chief Physician of Psychology and several Psychology, these defendants acting on the behalf of Kings County Hospital Center, Brooklyn Division, 2008 are and were relevant acting under the color of law . . . conspire to deprive Plaintiff Carter of his constitutional rights to due, process and equal protection under 14th fourth, fifth, sixth and eighth Amendment "Personal involvement " by these defendant's investigation such as then issue that will be stated will support liability under section 1983 means direct participation failure to remedy the alleged wrong after learning of it, the plaintiff's innocence. The defendants fail to remedy alleged wrong after learning the plaintiff had been charged for each of them and all of them remain silent causing him physical and emotional harm.

18. Defendant An African American Officer is an and was relevant herein an officer, employee, and agent of the NYPD and/or NYHP took custody Plaintiff Carter, acting on behalf

[Defendant City of NYC] police department and has hospital police force the officer is to the then transfer of custody

of Plaintiff Carter cause him to stand on the street for two and half ( 2 1/2) hours while talking to someone on the phone several times. finally place Him in Beacon Hill without arrangement according to the 72 hours specified by statutory provision the seizure by said officer cause then plaintiff physical injury and emotional injury where the plaintiff was sodomized on (2) occasion with an broom handle for raping a mentally -ill female a charge he was.

19. Two Nurse African descendant that fabricated the sexual assault charge to cover-up the murder and corruption in 2008, where the two (2) Nurse attempted to rob a female patient in a day room in G-unit, where the nurse stuck the patient in the neck with a needle and the plaintiff witness the entire issue leading to the death of the patient in the day room where the group assemble to investigate question the plaintiff, telling him that there was no rape, Plaintiff Carter ask to talk to the police, on several occasion each time he ask to speak to the police he was returned to his invite On several occasion he had been mived to different units, hiwever, the Nurse that stuck the patient was always on that unit asking questions about the incident on one occasion that Nurse and plaintiff Carter had a physical altercation because the Nurse tried to say the Plaintiff had'nt taken his medicine and attempted to give the plaintiff a shit and none of his medicine was given by a shot, the plaintiff had smack this nurse.

The Nurse is and was at all times relevant herein as an employee and co-conspirator to cover-up the corruption by fabricating the false sexual assault the family lawyer who had set-up an appointment could not find the Plaintiff to get the statement he need for a larger settlement. The two Nurse are being sued in their individual capacity where they conspired with Defendant City, City and County (NYC and Kings County) respectfully and administration etc. seize and violate the plaintiff's Constitutional right.

20. Anthony Cecitti, ESQ, Counsel of record in the criminal case is and was at all the court, bring into question counsel Cecutti investigation of the circumstances of the case and his effort to explore all avenues leading to facts relevant to merits of the case and by implication, the ABA policies encompass two aspects of investigation: (1( the breadth of the investigation ( where counsel must research ); and (2) the depth of the investigation (how for counsel must research in any particular. On any particular area) In other words,

the independent pre-trial investigation into mitigation evidence must be both (1). Complete and (2). thorough.

The areas of evidence missing that tend to lesson defendant Carter at the time reports from Kings County Hospital Center the actual time custody was exchange why signed the paper, a copy of the indictment or information who testified in front of the grand jury, the prosecutor that presented several plea offer during the twenty-nine months, without a reasonable investigation, defendant did not have a reasonable understanding of the facts. and consequently had nothing to which to apply his legal skill and judgment.

Counsel's evaluation and advice amount to little more than an attempt to conspire with the state to make sure the plaintiff was not available to provide relevant mitigating evidence to circumstances pertaining to the offense of corruption and death of patient and a relevant range of factors about Kings County Hospital settle for 2.5 million dollars.

1 Center, Brooklyn Division 2008.

The medical records of the assaults in Beacon Hill and psychological reports after the assault. The information that the Plaintiff i.e. defendant at the time was place Beacon Hill Rikers Island without being arraigned with the Roe Plaintiff Carter would be murder. The record will show several lawyer sought to speak with the Plaintiff and offered help which Defendant Cecutti refused and when the murdered female patient's families Lawyer sought to speak with the Plaintiff and was denied by Defendant Cecutti shortly after that the family

Defendant Anthony Cecutti's conduct in the criminal case for the false sexual assault. In the civil matter of the family, in which a female patient was murder by two (2) nurse that were of African decent. The patient was murder when the two (2) nurse attempt to robbery of the patient and one (1) of the Nurses stabbed with a needle in the neck. The civil matter before this court place before this court an act of extortion, perjury, failure to disclose vital evidence, lying to the grand jury and conspiracy.

Defendant Cecutti conspire with the county Prosecutor that maliciously prosecuted the plaintiff. On several occasion Defendant Cecitti brought plea bargain from that office in an attempt to get the plaintiff to plea. However in the original

complaint he states and attempts to protect his co-defendant under the color of Law. The defendant is relevant and has been relevant as to the neglect of each the defendant and all of the in violation of statues binding officers and official pursuant the plaintiff's arraignment and rule 730 hearing two (2) that binds officer of the justice system.

Defendant Cecutti became a state actor liable less than 1983 by conspiring with state official, they place the plaintiff, on Beacon Hill Rikers Island to be killed, no arrangement and a pending rule 730 a crazy rapist to die in Riikers Island. The defendant ask for no discovery the state had no initiative to turn over inclinatory evidence, the office of the Chief Medical Examiner report dated September 19, 2008 based on the examination and testing and there was no physical on DNA evidence of the rape, no semen on the oral swab, vaginal swab or an anal swab. Furthermore no analyses were found on the vaginal swab.

Defendant Cecutti's conduct in the criminal case is relevant and was relevant that, he conspire with the city, county and state and obstruction the administration of justice. This conduct occurred when defendant is bound by the obligations of the applicable rules of professional conduct. Defendant Anthony Cecutti conspire with the Defendant City of New York, its agents NYPD and NYHP, Kings County Hospital Center, Brooklyn 2008, and its subordinate to cover up the corruption that cause death of a patient witness by Plaintiff. The record is clear evidence vouched P 289997 on August 22, 2008 that was collected transported to the Office of the Chief Medical Examiner August 25, 2008; returned from the same officer September 09, 2008 determined that there was no physical or DNA evidence of rape.

The record on or about August 22, 2008 staff at Kings County Hospital center, Brooklyn each of them and all of them the defendants violated the plaintiff constitutional rights fourth, fifth, sixth, eighth and fourteen Amendment. The Defendant David Hazan is relevant now and has been relevant now and has been relevant by viewing the plaintiff lie, on several occasions he spoke with defendant prosecutor or a prosecutor withholding the plaintiff files sharing information with the defendant's counsel.

The plaintiff could not plead his case other there some date for Kings County Prosecutor has conspired with other to maliciously prosecute the plaintiff.

Jury trail demand wherefore the plaintiff Michael Dewayne Carter demand judgment against the Defendants as follows:

A for compensated damages in an amount to be determined by Jury but less than 25 million for punitive damages against. the defendants in as amount of 25, 00,000

*Michael Carter* (signature)

Michael Dewayne Carter

The areas of evidence missing that tend to lesson defendant Carter at the time reports from Kings County Hospital Center the actual time custody was exchange who signed the paper, a copy of the indictment or information who testified in front of the grand jury, the prosecutor that presented several plea offer during the twenty-nine months, without a reasonable investigation, defendant did not have a reasonably understanding of the facts. and consequently had nothing to which to apply his legal skill and judgment.

Counsel's evaluation and advice amount to little more than an attempt to conspire with the state to make sure the plaintiff was not available to provide relevant mitigating evidence to circumstances pertaining to the offense of corruption and death of patient and a relevant range of factors about Kings County Hospital settled for 2.5 million dollars.

l Center, Brooklyn Division 2008.

The medical records of the assaults in Beacon Hill and psychological reports after the assault. The information that the Plaintiff i.e. defendant at the time was place Beacon Hill Rikers Island without being arraigned with the Roe Plaintiff Carter would be murder. The record will show several lawyer sought to speak with the Plaintiff and offered help which Defendant Cecutti refused and when the murdered female patient's families Lawyer sought to speak with the Plaintiff and was denied by Defendant Cecutti shortly after that the family

PLAINTIFF,

V

CITY OF NEW YORK et al.

Plaintiff _Michael Carter_

ask leave to file the attached civil complaint without prepayment of cost and to proceed in forma pauperism. Plaintiff Carter's affidavit in support of this motion is attached hereto.

_Michael Carter_

**Affidavit in support of a motion for leave to proceed in forma pauperism**

I _Michael Carter_ being first July, depose and say that I am the plaintiff in the above-entitled civil case, that in support of my motion for leave to proceed in forma pauperism, I state that because of my poverty I am unable to pay the costs of this civil case or to give Security therefor; and that I believe I am entitled to redness

I further swear that the responses which I have made below relating to my ability to pay the cost of proceeding in this court are true.

1. I am not employed

The Last time I worked August 2008,

2. I have not received any income in the past twelve months from any business, professional or other form of self-employment or in the form of rent payment, interest, dividends on other sources.

3. I cash-checking card for my SSI check the amount is <u>733.00</u>

4. I have own no real estate stock, bonds, notes, automobiles or other valuable property

5. I am my only dependent

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury

_Michael Carter_

Subscribed and sworn to before me this ___9___ day of ___9___ 2015

My commission expires_____